No. 495. GAYTAN ET AL. *v.* CASSIDY ET AL. Appeal from D. C. W. D. Tex. Motions of Gilbert Trujillo et al. for leave to proceed *in forma pauperis* and for leave to file a brief as *amici curiae* granted. Judgment vacated and case remanded for reconsideration in light of *Bell* v. *Burson,* 402 U. S. 535.

No. 6171. CHAPPELL ET AL. *v.* BURSON, DIRECTOR, GEORGIA DEPARTMENT OF PUBLIC SAFETY, ET AL. Appeal from D. C. N. D. Ga. Motion of appellants for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of *Bell* v. *Burson,* 402 U. S. 535.

No. 6594. POLLION ET AL. *v.* LEWIS, SECRETARY OF STATE OF ILLINOIS, ET AL. Appeal from D. C. N. D. Ill. Motion of appellants for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of *Bell* v. *Burson,* 402 U. S. 535.

No. 6453. WALLACE *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon consideration of suggestion of the Solicitor General and upon this Court's examination of the documents submitted, judgment vacated and case remanded to hear further testimony from members of the appeal board as to basis for their action and for the court to reconsider case in light of this Court's decision in *McGee* v. *United States,* 402 U. S. 479.